## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01364-EWN-BNB

DEBBIE HARRIS,

       Plaintiff,

v.

COLLECTO, INC., a Massachusetts corporation, d/b/a
COLLECTION COMPANY OF AMERICA,

       Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay her or its own attorney's fees and costs.

Dated this 16th day of August, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              United States District Judge